# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **RESPONSIVE INNOVATIONS, LLC ET AL.,** | ) ) ) | **CASE NO.4:08CV1184** |
| **Plaintiff,** | ) ) | **JUDGE CHRISTOPHER A. BOYKO** |
| Vs. | ) ) | |
| **HOLTZBRINCK PUBLISHERS, LLC ET AL.,** | ) ) ) | <u>**ORDER**</u> |
| **Defendant.** | ) | |

<u>**CHRISTOPHER A. BOYKO, J:**</u>

This matter is before the Court on Plaintiffs' Motion to Clarify that Protective Order Permits Trial Counsel to Participate in Reexamination Proceeding (ECF # 213). The Protective Order at issue was the parties' own Stipulated Protective Order. Thus, the parties are asking the Court for an advisory opinion on what their stipulated language actually means. The Court declines the offer to do so. The language means what it means. Therefore, Plaintiffs' Motion is denied.

IT IS SO ORDERED.

                                                  s/ Christopher A. Boyko
                                                  CHRISTOPHER A. BOYKO
                                                  United States District Judge

Dated:  March 11, 2015